RECEIVED
IN ALEXANDRIA, LA.

FEB 2 2 2013

TONY R. MOORE, CLERK
BY_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DEREJE WOLDEGIORGISE,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:12-cv-02778 |
| VERSUS | |
| IMMIGRATION AND CUSTOMS<br>ENFORCEMENT, et al.,<br>    Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Woldegiorgise's motion for injunctive relief (Doc. 10) is DENIED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 22nd day of February 2013.

_____
JAMES T. TRIMBLE
UNITED STATES DISTRICT JUDGE